## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Hawkins v. National Collegiate Athletic Association, et al.

Case Number: 1:19-cv-01198

An appearance is hereby filed by the undersigned as attorney for:

Samford University

Attorney name (type or print): Eric L. Samore

Firm: SmithAmundsen LLC

Street address: 150 N. Michigan Ave #3300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6181345
(See item 3 in instructions)

Telephone Number: 312-894-3200

Email Address: ESamore@salawus.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 2, 2020

Attorney signature: S/ Eric L. Samore

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015