**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hawkins v. National Collegiate Athletic Association, et al

Case Number: 1:19-cv-01198

An appearance is hereby filed by the undersigned as attorney for:

Samford University

Attorney name (type or print): Ronald Balfour

Firm: SmithAmundsen LLC

Street address: 150 N. Michigan Ave #3300

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6307658
(See item 3 in instructions)

Telephone Number: 312-894-3200

Email Address: RBalfour@salawus.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 2, 2020

Attorney signature: S/ Ronald Balfour
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015